AO 450 (Rev. 5/85) Judgment in a Civil Case          **ORIGINAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| D.M. ET AL., | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00685 HG LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STATE OF HAWAII, DEPARTMENT<br>OF EDUCATION ET AL. | October 6, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the, MINUTE ORDER, entered on December 13, 2004, by the Honorable Helen Gillmor, U.S. District Judge.

cc: All counsel of record

October 6, 2006                                     SUE BEITIA
Date                                                Clerk

                                                    (By) Deputy Clerk